UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL MASCETTA; ANGELA MASECETTA,

                Petitioners,

                -against-

UNITED STATES DEPARTMENT OF
TREASURY, *et al.*,

                Respondents.

20-CV-4810 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

        By order dated November 5, 2020, the Court directed Petitioners to file an amended complaint within sixty days.[1] That order specified that failure to comply would result in dismissal of the petition. Petitioners have not filed an amended complaint. Accordingly, the petition is dismissed without prejudice for failure to comply with the November 5, 2020 order.

SO ORDERED.

Dated:    February 11, 2021
          New York, New York

                                            *Louis L. Stanton*
                                         Louis L. Stanton
                                         U.S.D.J.

---

[1] The Court construed the original submission, brought as a petition for a writ of *error coram nobis*, as a new civil action brought under 28 U.S.C. § 1346(a)(1), and directed Petitioners to pay the $400.00 filing fee; they did so on August 21, 2020.